United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deneen M Wilson  
    Debtor  

Case No. 15-15301-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 2     Date Rcvd: Jun 14, 2019  
                 Form ID: 138NEW     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.

```
db           +Deneen M Wilson,    1329 S. Paxon Street,    Philadelphia, PA 19143-5015
cr           +NATIONSTAR MORTGAGE LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
               Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr           +Nationstar Mortgage LLC as servicer for U.S. Bank,    8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
13570065     +Aes/pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13570066     +Aes/pheaa Natnl Ln,    1200 N 7th St,    Harrisburg, PA 17102-1419
13570067     +Aes/pnc Natl City,    501 Bleecker St,    Utica, NY 13501-2401
13597309     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13570069     +Americredit Financial dba Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13570070     +Andrew Sklar Esquire,    102 Browning Lane,    Building B, Ste 1,    Cherry Hill, NJ 08003-3195
13570074     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13610944      ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13570075     +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13570076     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13570077     +Hsbc/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
13570078     +Meehan Oil Co.,    113 Main St,    Bristol, PA 19007-6192
13570079     +Morris Scott Esquire,    Blatt Hassenmiller LeisbskerMoore,    1835 Market Street, Ste 501,
               Philadelphia, PA 19103-2933
13827338    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13570080    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nmac,    Attn: bankruptcy,    8900 Freeport Parkway,
               irving, TX 75063)
13989382     +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261-9094
13570081     +PA Department of Labor & Industry,    UC Benefits,    1101 Green Ave,    Altoona, PA 16601-3474
13596123     +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
14295732     +Selene Finance LP,    as servicer US Bank National Association,    c/o Kevin G. McDonald, Esquire,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13570082     +Seneca/ M & T Bank,    Attn: Bankruptcy,    1100 Wehrle Dr  2nd Floor,
               Williamsville, NY 14221-7748
13570083     +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
               Minneapolis, MN 55440-9475
13638911      U.S. Bank National Association, not in its individ,    Seneca Mortgage Servicing,
               611 Jamison Road,    Elma, NY 14059-9392
13644751      U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
               Harrisburg PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:59     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13570068     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 15 2019 03:32:30     Ame Sig Furn,    Wfnnb,
               Po Box 182125,    Columbus, OH 43218-2125
13594717     +E-mail/Text: bnc@atlasacq.com Jun 15 2019 03:32:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
13570072      E-mail/Text: bankruptcy@cashcall.com Jun 15 2019 03:34:55     Cashcall Inc,
               Attention:  Bankruptcy Department,    1600 S Douglass Rd,    Anaheim, CA 92806
13570073      E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:27     City of Philadelphia,
               Law Department - Tax Unit,    One parkway Bldg,    1515 Arach St., 15th Fl,
               Philadelphia, PA 19102-1595
13653926      E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:27     Water Revenue Bureau,
               City of Philadelphia,    Law Department Tax Unit,    Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA  19102-1595
13570071     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 03:39:34
               Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
               Denver, CO 80237-3485
13598619      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 03:28:51
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13658037     +E-mail/Text: bankruptcygroup@peco-energy.com Jun 15 2019 03:32:21     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13575206      E-mail/Text: bnc-quantum@quantum3group.com Jun 15 2019 03:32:36
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13570084     +E-mail/Text: RMOpsSupport@alorica.com Jun 15 2019 03:33:42     West Asset Management,
               2703 N Highway 75,    Sherman, TX 75090-2567
                                                                                              TOTAL: 13
```

```
District/off: 0313-2          User: dlv                 Page 2 of 2                   Date Rcvd: Jun 14, 2019
                              Form ID: 138NEW           Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
13694410*      +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                       TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee of SW REMIC Trust 2014-1 without recourse bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its Individual Capacity but Solely as Trustee of SW Remic Trust
               2014-1 without recourse pa-bk@logs.com
              MICHAEL ADAM COHEN    on behalf of Debtor Deneen M Wilson mcohen1@temple.edu
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of SW REMIC Trust 2014-1 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC as servicer for U.S. Bank
               National Association, not in its Individual Capacity but Solely as Trustee of SW Remic Trust
               2014-1 without recourse tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Deneen M Wilson
        Debtor(s)                                     Bankruptcy No: 15–15301–jkf
                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 6/14/19

                                                                                                    82 – 81
                                                                             Form 138_new