United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15301-jkf
Deneen M Wilson                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jul 05, 2019
                             Form ID: 3180W        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2019.
db              +Deneen M Wilson,    1329 S. Paxon Street,    Philadelphia, PA 19143-5015
13989382        +Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,    PO BOX 619094,    Dallas, TX 75261-9094
13596123        +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13644751         U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 06 2019 00:12:54    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 06 2019 00:12:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 06 2019 00:12:38    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13570069        +EDI: PHINAMERI.COM Jul 06 2019 04:13:00    Americredit Financial dba Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
13594717        +EDI: ATLASACQU.COM Jul 06 2019 04:08:00    Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13653926         E-mail/Text: megan.harper@phila.gov Jul 06 2019 00:12:54    Water Revenue Bureau,
                 City of Philadelphia,    Law Department Tax Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13610944         EDI: ECMC.COM Jul 06 2019 04:13:00    ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13598619         EDI: RESURGENT.COM Jul 06 2019 04:13:00    LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13658037        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 06 2019 00:12:13    PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13575206         EDI: Q3G.COM Jul 06 2019 04:08:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
                                                                                        TOTAL: 10

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                    Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 4, 2019 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association, Et Al...
              bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, not in its individual
              capacity but solely as Trustee of SW REMIC Trust 2014-1 without recourse bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank
              National Association, not in its Individual Capacity but Solely as Trustee of SW Remic Trust
              2014-1 without recourse pa-bk@logs.com
              MICHAEL ADAM COHEN   on behalf of Debtor Deneen M Wilson mcohen1@temple.edu
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
              ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, not in its
              individual capacity but solely as Trustee of SW REMIC Trust 2014-1 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com

```
District/off: 0313-2          User: admin              Page 2 of 2           Date Rcvd: Jul 05, 2019
                              Form ID: 3180W           Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC as servicer for U.S. Bank
             National Association, not in its Individual Capacity but Solely as Trustee of SW Remic Trust
             2014-1 without recourse tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
             ECF_FRPA@Trustee13.com
                                                                                     TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Deneen M Wilson** | Social Security number or ITIN   **xxx–xx–1782** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **15–15301–jkf** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deneen M Wilson

7/4/19

**By the court:**   Jean K. FitzSimon
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**